**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Thomas Robert Weiler**<br>         aka Thomas R. Weiler,<br>         aka Thomas Weiler<br>         &<br>**Linda Jeanne Weiler**<br>         aka Linda J. Weiler,<br>         aka Linda Weiler<br><br>                    **Debtor(s)** | **BK NO. 17-03071 JJT**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Services LLC as servicer for U.S Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as Successor by merger to LaSalle Bank National Association as Trustee For EMC mortgage Loan Trust 2005-A, Mortgage Loan Pass-Through Certificates, Series 2005-A and index same on the master mailing list.

                                 Respectfully submitted,

                                 **/s/ James C. Warmbrodt, Esquire**
                                 James C. Warmbrodt, Esquire
                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 412-430-3594