Certificate Number: 12433-PAM-DE-029790189

Bankruptcy Case Number: 17-03071


12433-PAM-DE-029790189

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2017, at 7:22 o'clock PM EDT, Thomas R. Weiler completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 27, 2017          By:    /s/Lance Brechbill

                                                   Name:  Lance Brechbill

                                                  Title:   Teacher