Certificate Number: 12433-PAM-DE-029790190

Bankruptcy Case Number: 17-03071



12433-PAM-DE-029790190

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2017, at 7:22 o'clock PM EDT, Linda J. Weiler completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 27, 2017

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher