In re:                                                              Case No. 17-03071-JJT
Thomas Robert Weiler                                                Chapter 13
Linda Jeanne Weiler
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: JGoodling        Page 1 of 1        Date Rcvd: Aug 30, 2017
                           Form ID: ntcnfhrg       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
```
db          +Thomas Robert Weiler,    420 Haney Road,    Kunkletown, PA 18058-8061
jdb         +Linda Jeanne Weiler,    420 Haney Road,    Kunkletown, PA 18058-8061
4949440     +BLUE MOUNTAIN HEALTH SYSTEM,    PALMERTON HOSPITAL,    135 LAFAYETTE AVENUE,
             PALMERTON, PA 18071-1596
4949441     +CH HOSPITAL OF ALLENTOWN CLINIC,    C/O PENN CREDIT,    916 S 14TH STREET,
             HARRISBURG, PA 17104-3425
4949442      PEERLESS CREDIT SERVICES,    PO BOX 518,    MIDDLETOWN, PA 17057-0518
4949443     +SPECIALIZED LOAN SERVICING,    8742 LUCENT BLVD,    SUITE 300,    HIGHLANDS RANCH, CO 80129-2386
4949444    +++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO  80163-6005
             (address filed with court:  SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON, CO 80163)
4949445      ST LUKE'S PHYS GROUP,    PO BOX 5386,    BETHLEHEM, PA 18015-0386
4949446     +STERN & EISENBERG PC,    1581 MAIN STREET SUITE 200,    WARRINGTON, PA 18976-3400
4955430     +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com,   dehartstaff@pamd13trustee.com
              James  Warmbrodt  on behalf of Creditor   U.S Bank National Association, as Trustee, successor
               in  interest to Bank of America, National Association as Trustee as Successor by merger to
               LaSalle Bank National Association as Trustee For EMC mor bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino   on behalf of Joint Debtor Linda Jeanne Weiler
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent  Rubino   on behalf of Debtor Thomas Robert Weiler
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Thomas Robert Weiler<br>aka Thomas R. Weiler, aka Thomas Weiler | Chapter | 13 |
| Linda Jeanne Weiler<br>aka Linda J. Weiler, aka Linda Weiler | Case No. | 5:17−bk−03071−JJT |
| Debtor(s) | | |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **September 29, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 17, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 30, 2017 |