IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | THOMAS ROBERT WEILER, a/k/a | : NO. 5:17-bk-03071-JJT |
| | THOMAS R. WEILER, a/k/a | : |
| | THOMAS WEILER and | : CHAPTER 13 |
| | LINDA JEANNE WEILER, a/k/a | : |
| | LINDA J. WEILER, a/k/a | : |
| | LINDA WEILER, | : |
| | Debtor(s) | : |

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

PLEASE TAKE NOTICE THAT SCOTT R. LIPSON, Esquire and the law firm of NORRIS, McLAUGHLIN & MARCUS, P.A., 515 W. Hamilton St., Suite 502, Allentown, Pennsylvania 18101, represent BLUE MOUNTAIN HEALTH SYSTEM, f/k/a PALMERTON HOSPITAL, a creditor and party-in-interest in the above case. The undersigned attorney and law firm hereby enter their appearance pursuant to §342 of the U.S. Bankruptcy Code and Bankruptcy Rule 9010(b). Request is hereby made for copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3015. The foregoing request includes not only the notices and documents referenced in the Bankruptcy Code sections and Rules cited above but also includes, without limitation, any and all notices, applications, complaints, demands, motions, petitions, pleadings and requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, filed with regard to the referenced case(s) and proceedings. The undersigned attorney and law firm further request that they be added to the official Master Mailing Matrix in this case(s).

NORRIS, McLAUGHLIN & MARCUS, P.A.

Dated: 11/7/17

By: _____
SCOTT R. LIPSON, Esquire
Attorney I.D. No. 62720
515 W. Hamilton St., Suite 502
Allentown, PA 18101
(610) 391-1800
ATTORNEYS FOR CREDITOR
BLUE MOUNTAIN HEALTH SYSTEM, f/k/a
PALMERTON HOSPITAL

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Entry of Appearance and Request for all Notices was electronically served upon the following individuals this 7TH day of NOVEMBER, 2017:

Vincent Rubino, Esquire
Newman, Williams, Mishkin, Corveleyn, et al.
712 Monroe Street
P. O. Box 511
Stroudsburg, PA 18360-0511
**Attorneys for Debtor**

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
**Asst. U.S. Trustee**

Charles J. DeHart, III, Esquire
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Chapter 13 Trustee**

NORRIS, McLAUGHLIN & MARCUS, P.A.

SCOTT R. LIPSON, Esquire