

A Professional Corporation

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

400 Northampton Street
Suite 404
Easton, PA 18042
800.506.0191

July 21, 2020

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

      *RE:* **Thomas & Linda Weiler**
         *Case No. 5:17-03071*

Dear Clerk:

  We have been informed by our client(s), Thomas & Linda Weiler, that they has/have a new address, as follows:

    541 Mountain Road
    Albrightsville, PA 18210

  Please correct the docket and mailing matrix accordingly.  Thank you.

           Very truly yours,

           */s/ Vincent Rubino*

           Vincent Rubino