```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 17-03071-RNO
Thomas Robert Weiler                                             Chapter 13
Linda Jeanne Weiler
         Debtors             CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 1              Date Rcvd: Jul 20, 2020
                              Form ID: 3180W               Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
```
db             #+Thomas Robert Weiler,    420 Haney Road,    Kunkletown, PA 18058-8061
jdb            #+Linda Jeanne Weiler,    420 Haney Road,    Kunkletown, PA 18058-8061
cr              +Blue Mountain Health System, f/k/a Palmerton Hospi,   c/o Scott R. Lipson, Esquire,
                  515 W. Hamilton St.,    Suite 502,    Allentown, PA 18101-1513
4949440         BLUE MOUNTAIN HEALTH SYSTEM,    PALMERTON HOSPITAL,    135 LAFAYETTE AVENUE,
                  PALMERTON, PA 18071-1518
4989197         +Blue Mountain Health System, f/k/a,    Palmerton Hospital,   c/o Scott R. Lipson, Esquire,
                  515 W. Hamilton St., Suite 502,    Allentown, PA 18101-1513
4949441         +CH HOSPITAL OF ALLENTOWN CLINIC,    C/O PENN CREDIT,    916 S 14TH STREET,
                  HARRISBURG, PA 17104-3425
4949442         PEERLESS CREDIT SERVICES,    PO BOX 518,    MIDDLETOWN, PA 17057-0518
4949444        ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO  80163-6005
                  (address filed with court:   SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON, CO 80163)
4949443         +SPECIALIZED LOAN SERVICING,    8742 LUCENT BLVD,    SUITE 300,    HIGHLANDS RANCH, CO 80129-2386
4949445          ST LUKE'S PHYS GROUP,    PO BOX 5386,    BETHLEHEM, PA 18015-0386
4949446         +STERN & EISENBERG PC,    1581 MAIN STREET SUITE 200,    WARRINGTON, PA 18976-3403
4955430         +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    U.S Bank National Association, as Trustee, successor
               in  interest to Bank of America, National Association as Trustee as Successor by merger to
               LaSalle Bank National Association as Trustee For EMC mor bkgroup@kmllawgroup.com
              Scott R Lipson    on behalf of Creditor    Blue Mountain Health System, f/k/a Palmerton Hospital
               slipson@nmmlaw.com, dbarton@nmmlaw.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Linda Jeanne Weiler
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 Thomas Robert Weiler
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                               TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas Robert Weiler | Social Security number or ITIN  xxx–xx–2774 |
| | First Name    Middle Name    Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | Linda Jeanne Weiler | Social Security number or ITIN  xxx–xx–3947 |
| | First Name    Middle Name    Last Name | EIN  __-_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:17–bk–03071–RNO

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Robert Weiler
aka Thomas R. Weiler, aka Thomas Weiler

Linda Jeanne Weiler
aka Linda J. Weiler, aka Linda Weiler

**By the court:**

*Robt N. Opel II*

7/20/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**