```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 17-03071-RNO
Thomas Robert Weiler                                            Chapter 13
Linda Jeanne Weiler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke       Page 1 of 1         Date Rcvd: Sep 15, 2020
                          Form ID: fnldec       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
db/jdb        +Thomas Robert Weiler,   Linda Jeanne Weiler,   541 Mountain Road,
               Albrightsville, PA 18210-7769

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    U.S Bank National Association, as Trustee, successor
               in   interest to Bank of America, National Association as Trustee as Successor by merger to
               LaSalle Bank National Association as Trustee For EMC mor bkgroup@kmllawgroup.com
              Scott R Lipson    on behalf of Creditor    Blue Mountain Health System, f/k/a Palmerton Hospital
               slipson@nmmlaw.com,   dbarton@nmmlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Linda Jeanne Weiler
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 Thomas Robert Weiler
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                                 TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Thomas Robert Weiler,<br>aka Thomas R. Weiler, aka Thomas Weiler, | Chapter 13 |
| **Debtor 1** | Case No. 5:17−bk−03071−RNO |
| Linda Jeanne Weiler,<br>aka Linda J. Weiler, aka Linda Weiler, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−2774    xxx−xx−3947

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 15, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (05/18)